FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

HAMMAC
(Last Name)          (Identification Number)

BLAINE
(First Name)          (Middle Name)

PIKE COUNTY JAIL
(Institution)

2109 JESSE HALL ROAD
(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

FEB 22 2021

ARTHUR JOHNSTON
BY _____ DEPUTY

V.                    CIVIL ACTION NUMBER: 5:21-CV-20-DCB-LGI
                     (to be completed by the Court)

PIKE COUNTY JAIL
Captain Richard Bynum
SHERIFF JAMES Brumfield

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated?
     Yes (X)        No (  )

B.   Are you presently incarcerated?
     Yes (X)        No (  )

C.   At the time of the incident complained of in this complaint, were you incarcerated because
     you had been convicted of a crime?
     Yes (  )        No (X)

D.   Are you presently incarcerated for a parole or probation violation?
     Yes (  )        No (X)

E.   At the time of the incident complained of in this complaint, were you an inmate of the
     Mississippi Department of Corrections (MDOC)?
     Yes (  )        No (X)

F.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
     Yes (  )        No (X)

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: BLAINE HAMMAC          Prisoner Number: _____

Address: 2109 JESSE HALL ROAD _____

MAGNOLIA MS 39652 _____

_____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: PIKE COUNTY JAIL is employed as _____

_____ at PIKE COUNTY JAIL.

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                          ADDRESS:
BLAINE HAMMAC          2109 JESSE HALL ROAD

_____          _____

DEFENDANT(S):

NAME:                          ADDRESS:
PIKE COUNTY JAIL          2109 JESSE HALL ROAD
Captain Richard Bynum     2109 JESSE HALL ROAD
SHERIFF JAMES BRUMFIELD   2109 JESSE HALL ROAD

_____          _____

## OTHER LAWSUITS FILED BY PLAINTIFF

| |
|---|
| **NOTICE AND WARNING** |
| The plaintiff must fully complete the following questions.  Failure to do so may result in your case being dismissed. |

A.     Have you ever filed any lawsuits in a court of the United States?     Yes (     )  No ( X )

B.     If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you.  (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
    1.     Parties to the action:     *N/A*

    2.     Court (if federal court, name the district; if state court, name the county): _____
          *N/A*

    3.     Docket Number: _____ *N/A*

    4.     Name of judge to whom case was assigned: _____ *N/A*

    5.     Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?) _____ *N/A*

CASE NUMBER 2.
    1.     Parties to the action: _____ *N/A*

    2.     Court (if federal court, name the district; if state court, name the county): _____
          *N/A*

    3.     Docket Number: _____ *N/A*

    4.     Name of judge to whom case was assigned: _____ *N/A*

    5.     Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?) _____ *N/A*

**STATEMENT OF CLAIM**

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is
        involved.  Also, include the names of other persons involved, dates and places.  Do not give
        any legal arguments or cite any cases or statutes.  If you intend to allege a number of
        different claims, number and set forth each claim in a separate paragraph. (Use as much
        space as you need; attach extra sheet(s) if necessary).

LIVING WITH BLACK MOLD IN OUR CELLS & SHOWERS, BEING DENIED MEDICAL ATTENTION, WE HAVE BEEN WITHOUT A NURSE SINCE 12/20/2020, WE HAVE NO LIGHTS IN OUR CELLS & WIRES SHOWING & HANGING IN EVERY CELL. NONE OF OUR EMERGENCY BUTTONS WORK AT ALL. IF SOMETHING HAPPENS TO ONE OF US WE CAN'T GET ANYONE'S ATTENTION FOR HELP. THIS PLACE IS CONDEMNED WE NEED HELP.

**RELIEF**

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or
        statutes.

LOOK TO BE COMPENSATED FOR PAIN & SUFFERING, LOOK FOR A NEW & REVISED JAIL. ENOUGH MONEY TO WELL COMPENSATE EVERYONE WHO SUFFERED & INVOLVED

Signed this 12th day of FEBUARY , 20 21 .

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true
and correct.

_Blaine Hammer_
Signature of plaintiff

2/12/2021

To whom IT MAY CONCERN:

I AM WRITING TO LET YOU All KNOW OF THE ISSUES WE ARE HAVING TO ENDURE. FIRST OFF THE BLACK MOLD IS OUT OF HAND. WE ARE SLEEPING WITH IT IN OUR CELLS & WE HAVE TO TAKE A SHOWER WITH IT Also. It's REALLY BAD, THEY TRY to PAINT OVER IT TO HIDE IT BUT IT KEEPS GROWING BACK THROUGH. Also WE HAVE NO NURSE HERE & RECIEVE NO MEDICAL ATTENTION AT ALL. OUR LIGHTS IN OUR CELLS ARE EXTREMELY DANGEROUS. THEY ALL HAVE WIRES HANGING & ARE BUSTED OPEN. OUR EMERGENCY BUTTONS DON'T WORK IN NONE OF OUR CELLS. IF SOMETHING HAPPENS TO ONE OF US WE CAN'T NOTIFY ANYONE FOR HELP. WE HAVE PLATES WELDED OVER OUR CELL WINDOWS, WE CAN'T EVEN SEE OUTSIDE AT ALL. WE HAVEN'T BEEN OR SEEN OUTSIDE IN MONTHS. THEY ARE OPENING OUR LEGAL MAIL & THEY ARE NOT OPENING IT IN FRONT OF US LIKE THEY ARE SUPPOSED TO. WE RECIEVE NO TOOTHPASTE, TOOTHBRUSH, SOAP, DEODORANT, TOWEL, NOTHING, NOT WHEN WE COME IN OR PERIODICALLY. WE NEVER GET THESE THINGS, THEY SAYING WE HAVE TO BUY THESE THINGS & MOST OF US CAN'T. THE CAPTAIN HERE Mr. BYNUM IS INDULGING IN GANG ACTIVITY. HE PUTS PEOPLE IN CERT CERTAIN PLACES IN THE JAIL TO GET THEM BEAT UP OR HURT PURPOSELY CAUSE HE DON'T LIKE THEM FOR WHATEVER REASON. PLEASE HELP US & THANK YOU FOR YOUR TIME & CONSIDERATION.

Blaine Hammon

Donald Jackson

Malcolm Patrick

Vantrease Frazier

Jalek Barton

Norkeithus Reed

La'Curtis Hackett

Jarvis M. Miller

Marvin Swington

Sidney Newsome

Shoun S. Buchanan

Douglas Jackson Jr.

Ronald Matthews II

Scotty Ray

James Hood

Darien McGhee

La'Monte' Kelly

Jewel La'Mond McDowell

Gary Hodges

Leeshun Nathaniel